UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PARAGON GIFTS, INC. | : | **NOTICE OF REMOVAL** |
| | : | REMOVED FROM: |
| v. | : | |
| | : | Superior Court for the |
| BLUE PACKAGE DELIVERY, LLC | : | State of Rhode Island |
| | : | Washington County |

CA No. 06 532S

**NOTICE OF REMOVAL**

Defendant, Blue Package Delivery, LLC, by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court of the State of Rhode Island, County of Washington, to the United States District Court for the District of Rhode Island.

The Defendant appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On November 28, 2006, Plaintiff served the Complaint upon the Defendant in connection with the Action commenced in the Superior Court of the State of Rhode Island, County of Washington, Docket No. 06-679.

2. The Defendant has not served responsive pleadings to the Complaint and no orders have been issued in the Action.

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of removal is filed within 30 days after the Defendant's receipt of service of the Complaint.

4. The Defendant is a Minnesota limited liability company and has its principal place of business in St. Paul, Minnesota.

5. The Plaintiff in the Action is incorporated in the State of Rhode Island and has its principal place of business in Westerly, Rhode Island.

6. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the parties are citizens of different states and the amount in controversy with respect to the Plaintiff exceeds $75,000, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. § 1446(d) and LR Cv 81(a), Defendant promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island, County of Washington, and will serve a copy of the same on counsel for Plaintiff.

8. Pursuant to LR Cv 81(a), attached as **Exhibit A** is a copy of the state court Complaint.

WHEREFORE, the Defendant respectfully removes the Action now pending in the Superior Court of the State of Rhode Island, County of Washington, Docket No. 06-679, to the United States District Court of the District of Rhode Island.

Dated: December 7, 2006

BLUE PACKAGE DELIVERY, LLC
By its attorneys,

Pat K Rocha

PATRICIA K. ROCHA (#2793)
procha@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2006, a copy of the foregoing was served via hand delivery on the following counsel of record:

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02906

Debra Humm

*401532_1.doc*