STATE OF RHODE ISLAND
WASHINGTON, Sc.

SUPERIOR COURT

THE PARAGON GIFTS, INC. :

v. : C.A. No. 06-

BLUE PACKAGE DELIVERY, LLC :

## COMPLAINT

### PARTIES

1. The Paragon Gifts, Inc. is a Rhode Island Corporation, with corporate offices in Westerly, Rhode Island.

2. Blue Package Delivery, LLC is a Minnesota limited liability company.

### FACTS

3. The Paragon is a company that sells gifts and other items via catalogs and through internet sales.

5. Blue Package is a consolidator/transportation-broker that arranges for the transportation of packages for its clients.

6. In or about 2005, Blue Package representatives approached the management of The Paragon and solicited its transportation business.

7. Representatives of both companies met in Rhode Island on a number of occasions to discuss The Paragon's shipping needs and to discuss how Blue Package could meet those needs. Blue Package made a number of representations regarding its ability to deliver packages in a timely and cost-effective manner, which were intended to and ultimately did induce The Paragon to switch its shipping business.

8. Following those discussions, Blue Package sent a proposed Master Transportation Agreement (the "Agreement") to The Paragon and its parent corporation,

BlueSky Brands, Inc , in which Blue Package proposed to provide shipping services for The Paragon, and BlueSky Brands' other subsidiaries, Bits & Pieces, and AB&C/Healthy Directions. 9. The Agreement set forth delivery rates that Blue Package would charge for delivering products for The Paragon. The Agreement contained a three-year term

10. The proposed Agreement was accepted by both parties. On February 21, 2006 Blue Package representative Gary Firebaugh sent an e-mail expressed his gratitude, saying, "Thanks again for choosing Blue Package Delivery."

11. The Paragon switched all of its shipping business to Blue Package.

12. Blue Package began picking up packages for The Paragon in Rhode Island and delivered them at the agreed-upon rates for a period of time.

13. Thereafter, Blue Package unilaterally increased the shipping charges for The Paragon, contrary to the terms of the Agreement.

14. The new rates were imposed over the repeated objections of The Paragon. Nevertheless, Blue Package claimed that the parties had no agreement and that Blue Package could increase the shipping charges without the consent of The Paragon.

15. Blue Package began sending The Paragon dunning notices and past-due invoices, claiming a large outstanding receivable based upon the new rates unilaterally imposed by Blue Package.

16. In or about October 2006 Blue Package stopped shipping packages for The Paragon and took possession of tens of thousands of packages that were en route for The Paragon's customers

17. Although it had no right to do so, Blue Package refused to release the packages until approximately $20,000 was paid by The Paragon. The Paragon paid the money, obtained its packages, and began using another shipper.

**COUNT I**
**(Breach of Contract)**

18. Paragraphs 1 through 17 of this Complaint are incorporated into this Paragraph as though fully set forth herein.

19. The Paragon and Blue Package had a contract (the Agreement) that provided that Blue Package would provide shipping services at agreed-upon rates for a three-year term.

20. Blue Package breached the Agreement by unilaterally imposing new and more costly shipping rates. Blue Package further breached by failing to provide shipping services as promised.

21. As a result of Blue Package's breach, The Paragon has been forced to switch shipping services and has incurred damages, including increased shipping costs. The Paragon incurred other damages as well, including lost customer good will as a result of delayed shipping by Blue Package and Blue Package's failure to fulfill its promise to make timely deliveries according to standard industry practice.

WHEREFORE, The Paragon prays that the Court award it the following relief:

A. Judgment in its favor, including an award of compensatory damages, interest, and attorneys' fees;

B. Declaratory relief, ordering that The Paragon do not owe any increased shipping rates that Blue Package unilaterally imposed; and

C Any other relief the Court deems just and appropriate.

**PLAINTIFF CLAIMS A TRIAL BY JURY**

THE PARAGON GIFTS, INC.

By its Attorneys,

Brent R. Canning, 5546
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02906
401.274.2000 TEL
401.277.9600 FAX