UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PARAGON GIFTS, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-532-S |
| | : | |
| BLUE PACKAGE DELIVERY, LLC | : | |

**NOTICE OF FILING OF STATE COURT RECORD**

Pursuant to LR Cv 81(b), Defendant hereby files a certified copy of the docket sheet and state court record from the Washington County Superior Court.

Dated: December 8, 2006

BLUE PACKAGE DELIVERY, LLC
By its attorneys,

Pat K Rocha

PATRICIA K. ROCHA (#2793)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2006, a copy of the foregoing was served via hand delivery on the following counsel of record:

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02906

Debra Hunn

*401805_1.doc*

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2006-0679 PARAGON GIFTS INC V BLUE PACKAGE DELIVERY LLC

Filing Date: 11-08-2006
Case Status: CLOSED AT FILING

Case Type: OTHER CIVIL ACTION
Status Date: 12-07-2006

Plaintiff: PARAGON GIFTS INC
ID: @10872627

Attorney: BRENT CANNING

Defendant: BLUE PACKAGE DELIVERY LLC
ID: @10872629

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-08-2006 | COMPLAINT FILED | |
| 11-08-2006 | INITIAL FILING FEE | |
| 11-08-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCW33333. |
| 12-04-2006 | SUMMONS,PROOF OF SERVICE FILED | UPON BLUE PACKAGE DELIVERY LLC---------ACCCEPTED BY GREGORY KARPENKO ON 11/28/06<br>Affiliated: PARAGON GIFTS INC |
| 12-07-2006 | NOTICE OF REMOVAL | TO U.S DISTRICT COURT.<br>Affiliated: BLUE PACKAGE DELIVERY LLC |
| 12-07-2006 | CASE REMVD TO US DISTRICT CT | |
| 12-07-2006 | OTH DOCUMENT FILED AT FILING | |

True Copy Attest
C. R. [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island