UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PARAGON GIFTS INC.

Plaintiff,

v. C.A. No. 06-532 S

BLUE PACKAGE DELIVERY, LLC

Defendant.

**THE PARAGON GIFTS INC.'S REPLY TO COUNTERCLAIM**

Plaintiff responds to the numbered paragraphs of Defendant's counterclaim as follows:

1. Admit.

2. Admit.

**COUNT I**

3. Plaintiff admits it entered into an agreement in which the Defendant agreed to deliver packages for the Plaintiff and the Plaintiff agreed to pay the Defendant for the delivery of those packages at agreed-upon rates. All other allegations contained in Paragraph 3 are denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

**COUNT II**

8. Paragraphs 8-11 contain argumentative contentions and/or legal conclusions to which no response is necessary. To the extent Paragraphs 8-11 contain factual allegations they are denied.

WHEREFORE, Plaintiff prays that Defendant's counterclaim be denied and dismissed with prejudice and that judgment be entered in Plaintiff's favor.

**FIRST AFFIRMATIVE DEFENSE**

The counterclaim fails to state a claim upon which relief may be granted.

**Plaintiff demands a trial by jury.**

THE PARAGON GIFTS, INC.

By its attorney,

/s/Brent R. Canning

Brent R. Canning (#5546)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600

**CERTIFICATION**

I hereby certify that on December 29, 2006 a copy of the foregoing Answer to Defendant's Counterclaim was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/Brent R. Canning
Brent R. Canning (#5546)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600