UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE PARAGON GIFTS, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-532-S |
| | : | |
| BLUE PACKAGE DELIVERY, LLC | : | |
| | : | |

**DEFENDANT'S RULE 16 STATEMENT**

Pursuant to the December 20, 2006 notice regarding the pretrial conference in the above captioned matter scheduled for Tuesday, January 16, 2007 at 11:00 a.m., the following enumerates the elements that must be proved to sustain Blue Package Delivery, LLC's claims set forth in its Counterclaim:

(1) Count I – Breach of Contract.

To prove a breach of contract claim, a party must prove the existence of a contract, the breach of an obligation pursuant to the contract by another party to the contract, and damages caused by that breach. *Petrarca v. Fidelity & Casualty Ins. Co.*, 884 A.2d 406, 410 (R.I. 2005).

(2) Count II – Unjust Enrichment.

To recover under a claim for unjust enrichment, a plaintiff is required to prove three elements: 1) a benefit must be conferred upon the defendant by the plaintiff, 2) there must be appreciation by the defendant of such benefit, and 3) there must be an acceptance of such benefit and such circumstances that it would be inequitable for a defendant to retain the benefit without paying the value thereof. *Narragansett Electric Co. v. Carbone*, 898 A.2d 87, 99 (R.I. 2006).

Dated: January 12, 2007

BLUE PACKAGE DELIVERY, LLC
By its attorneys,

/s/ Patricia K. Rocha
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

Of Counsel:

GREGORY KARPENKO
*Admitted Pro Hac Vice*
gkarpenko@fredlaw.com
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2007, a copy of the foregoing was served **via Electronic Court Filing (ECF)** on the following counsel of record:

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02906

/s/ Patricia K. Rocha

*404955_1.doc*