# SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is entered into, by and between THE PARAGON GIFTS, INC. ("Paragon") and BLUE PACKAGE DELIVERY, LLC ("Blue Package").

WHEREAS, Paragon and Blue Package have asserted claims against one another in an action pending before the United States District Court for the District of Rhode Island captioned The Paragon Gifts, Inc. v. Blue Package Delivery, LLC, C.A. No. 06-532 (the "Civil Action"); and

WHEREAS, the parties desire to settle the Civil Action without admitting liability;

NOW, THEREFORE, in consideration of the mutual covenants and consideration set forth in this Agreement, the parties agree as follows:

1. Paragon shall pay to Blue Package a total amount of $195,000.00 (the "Settlement Payment"), payable as follows:

   A. Blue Package is entitled to immediate possession of the $48,000 deposit that Blue Package currently has in its possession.

   B. Paragon shall pay $27,000 via wire transfer to Blue Package on or before April 6, 2007.

   C. Paragon shall pay $40,000 via wire transfer to Blue Package on or before October 1, 2007.

   D. Paragon shall pay $40,000 via wire transfer to Blue Package on or before November 30, 2007.

   E. Paragon shall pay $40,000 via wire transfer to Blue Package on or before December 1, 2007.

2. Upon the execution of this Agreement, Paragon and Blue Package shall execute a Consent Judgment in the form attached hereto as Exhibit A. The parties agree the original signed copy of the Consent Judgment shall be held by counsel for Blue Package, Gregory Karpenko, Esq., as an escrow agent for the parties, pending the fulfillment of the terms of this Settlement Agreement. The parties further agree that within seven days of the date that Paragon has made all of the payments set forth in Paragraph 1of this Agreement, that Attorney Karpenko shall return the Consent Judgment and all copies thereof to counsel for Paragon, Brent R. Canning, Esq. for destruction. The parties also agree that in the event of a breach of any of the payment obligations set forth in Paragraph 1 of this Agreement, that Blue Package and its counsel shall be entitled to file the Consent Judgment with the United States District Court for the District of Rhode Island without further notice to Paragon.

3. Any notice or correspondence required or permitted by this Agreement shall be sent in writing, by facsimile and regular mail, addressed as follows:

To Paragon at: Brent R. Canning, Esq.
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

To Blue Package at: Gregory Karpenko, Esq.
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Tel: (612) 492-7064
Fax: (612) 492-7077

4. Except for the rights arising out of, or provided for in this Agreement, Paragon and its successors, assigns, agents, executors, and representatives hereby release

and forever discharge Blue Package and its predecessors, successors, assigns, agents, executors, officers, directors and representatives from any and all claims, demands, obligations, losses, causes of action, costs, expenses, attorneys' fees, liabilities and indemnities, whether known or unknown, arising out of or related to the subject matter of the Lawsuit.

5. Except for the rights arising out of, or provided for in this Agreement, Blue Package and its successors, assigns, agents, executors, and representatives hereby release and forever discharge Paragon and its predecessors, successors, assigns, agents, executors, officers, directors and representatives from any and all claims, demands, obligations, losses, causes of action, costs, expenses, attorneys' fees, liabilities and indemnities, whether known or unknown, arising out of or related to the subject matter of the Lawsuit.

6. In the event that payment is not made by Paragon, Paragon stipulates that Blue Package is entitled to recover all costs and attorneys' fees in connection in enforcing its rights under this Settlement Agreement and Consent Judgment.

7. This Agreement shall be binding upon and inure to the benefit of the parties, as well as their respective agents, successors, and assigns.

8. This Agreement shall constitute the entire agreement between the parties with respect to the subject matter of this dispute and all prior agreements, negotiations, and understandings with respect to the subject matter of the dispute and Agreement are canceled and superseded by this Agreement.

9. This Agreement shall not be varied or amended except by subsequent written instrument executed by all parties. In the event that any term or condition of this

Agreement shall be found at any time to be invalid or otherwise unenforceable, such term or condition shall be re-written to the minimum extent necessary to express the intent of this Agreement.

10. Any individual signing this Agreement on behalf of any corporate party or entity represents and warrants that he or she has full authority to do so.

11. This Agreement shall be governed by and construed in accordance with the laws of Rhode Island. The parties hereby consent and submit to the jurisdiction of the federal courts of Rhode Island for resolution of any disputes arising in connection with this Agreement.

12. This Agreement shall be effective as of the last dated signature below.

13. The parties agree that this shall be an Agreement signed under seal.

WHEREFORE, the parties, intending to be legally bound, have executed this Agreement.

| | |
|---|---|
| Date: April 5, 2007 | THE PARAGON GIFTS, INC.<br><br>By:________________________<br>Name: Philip Wax<br>Title: Chief Financial Officer |
| Date: | BLUE PACKAGE DELIVERY LLC<br><br>By:________________________<br>Name:<br>Title: |

4165409_1.DOC

Agreement shall be found at any time to be invalid or otherwise unenforceable, such term or condition shall be re-written to the minimum extent necessary to express the intent of this Agreement.

10. Any individual signing this Agreement on behalf of any corporate party or entity represents and warrants that he or she has full authority to do so.

11. This Agreement shall be governed by and construed in accordance with the laws of Rhode Island. The parties hereby consent and submit to the jurisdiction of the federal courts of Rhode Island for resolution of any disputes arising in connection with this Agreement.

12. This Agreement shall be effective as of the last dated signature below.

13. The parties agree that this shall be an Agreement signed under seal.

WHEREFORE, the parties, intending to be legally bound, have executed this Agreement.

| | |
|---|---|
| Date: | THE PARAGON GIFTS, INC.<br><br>By:____________________<br>Name:<br>Title: |
| Date:<br><br>4/10/07 | BLUE PACKAGE DELIVERY LLC<br><br>By: [signature]<br>Name: BLAINE J. BYRAM<br>Title: PRESIDENT / CEO |

4165409_1.DOC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE PARAGON GIFTS, INC. :
:
v. : C.A. No. 06-532 S
:
BLUE PACKAGE DELIVERY, LLC :

**CONSENT JUDGMENT**

By agreement of the parties, judgment hereby enters in favor of Blue Package Delivery, LLC and against The Paragon Gifts, Inc. on The Paragon Gifts, Inc.'s Complaint, and judgment hereby enters in favor of Blue Package Delivery, LLC in the total amount of $271,486.38 on Blue Package Delivery, LLC's Counterclaims.

Dated: March , 2007

PLAINTIFF,
THE PARAGON GIFTS, INC.
By its attorney,

____________________________

Brent R. Canning (#5546)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

DEFENDANT,
BLUE PACKAGE DELIVERY, LLC
By its attorney,

____________________________

Patricia K. Rocha (#2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Fl.
Providence, RI 02903-1345
(401) 274-7200
(401) 351- 4607 (fax)

ENTER: ____________________________
WILLIAM E. SMITH
United States District Court Judge

*bpd_ revised consent judgment (2).doc*