**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE PARAGON GIFTS, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-532 S |
| | : | |
| BLUE PACKAGE DELIVERY, LLC | : | |

**NOTICE OF APPEARANCE**

I, Matthew P. Horvitz, hereby enter my appearance on behalf of the Plaintiff, The Paragon Gifts, Inc., in the above-captioned matter.

Respectfully submitted,

/s/ Matthew P. Horvitz

Matthew P. Horvitz (#7289)
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Dated: April 30, 2007.

**CERTIFICATION**

I hereby certify that on April 30, 2007, a copy of the foregoing Notice of Appearance was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Matthew P. Horvitz

#799535
(58076-130553)